Paul Lafranchise, Esq., State Bar No. 122528
KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor§
Bakersfield, California 93309
P.O. Box 11172
Bakersfield, California  93389-1172
Telephone:  (661) 395-1000
Facsimile:  (661) 326-0418

Attorneys for defendant Wackenhut Corrections
Corporation, now The GEO Group, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE C. BRINKMAN,<br><br>         Plaintiff,<br><br>   v.<br><br>WACKENHUT CORRECTIONS CORPORATION, a Florida corporation and DOES 1 through 100, inclusive,<br><br>         Defendant. | Case No. 1:04-cv-05871 OWW SMS<br><br>Hon. Oliver W. Wanger<br><br>**ORDER ON STIPULATION OF PARTIES REGARDING SUBPOENA TO CALIFORNIA INSPECTOR GENERAL**<br><br>Trial Date:  October 12, 2005<br>Complaint Filed: April 7, 2004 |

Based on the attached stipulation of parties Lawrence C. Brinkman, by and through James E. Noriega, Bakersfield, California, and Wackenhut Corrections Corporation (WCC), now The GEO Group, Inc. (GEO), by and through Paul Lafranchise, Klein, DeNatale, Goldner, Bakersfield, California, the court orders as follows:

1. Plaintiff waives all privileges concerning defendant's discovery of all information sought in defendant's subpoena to the California Inspector General for:

> All writings as defined by California Evidence Code §250 that refer and/or relate to communications, complaints, and/or whistle-blowing allegations from or by Lawrence Charles Brinkman, former Warden of The GEO Group, Inc.'s facilities at Golden State and Central Valley in McFarland, California, including all writings that refer and/or relate to Wackenhut Corrections Corporation, The GEO Group, Inc., and/or Lawrence Charles Brinkman.

2. The California Inspector General shall release all information requested by the noted

subpoena to counsel for the parties who will use that information in confidence and will disclose it only during discovery and trial of the above-entitled case.

      3. The court will be available to review specific writings in-camera if the parties and the Inspector General are unable to agree on all information to be released to counsel for plaintiff and defendant hereunder.

IT IS SO ORDERED.

**Dated:   April 25, 2005**　　　　　　　　　　　　　**/s/ Sandra M. Snyder**
icido3　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

KLEIN, COOPER, BAKER & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
POST OFFICE BOX 11172
BAKERSFIELD, CALIFORNIA 93389-1172

04-cv-05871.stipo.Brinkman4-13-05.wpd　　　2　　　[PROPOSED] ORDER RE STIPULATION TO INSPECTOR GENERAL INFORMATION