```
                        UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF CALIFORNIA


LAWRENCE C. BRINKMAN,          )
                               )
                               )
             Plaintiff,        )     1:04-CV-5871 OWW SMS
                               )
     v.                        )
                               )
WACKENHUT CORRECTIONS CORP.,   )     ORDER DISMISSING ACTION
                               )     WITH PREJUDICE
                               )
             Defendant         )
_____)
```

   Pursuant to the stipulation of the parties, this action is dismissed with prejudice.

Dated:   November 4, 2005          /s/ OLIVER W. WANGER
                                   _____
                                   OLIVER W. WANGER
                                   United States District Judge

1